John Constantine
2621 Summerview Place
Henderson, NV 89074
(941)720-1930
jconstantine419@gmail.com
Plaintiff Pro Se

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN CONSTANTINE, an individual; Plaintiff,

vs.

RHP PROPERTIES, INC; a Corporation; BAYSHORE HOME SALES, INC, a Corporation; DOES 1 through 10 and ROES BUSINESS ENTITIES  1 through 10, inclusive.

Defendants.

**CASE NO.  2:25-CV-02080-CDS-BNW**

**STIPULATION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES (SECOND REQUEST)**

**COME NOW** The parties, Plaintiff John Constantine and Defendants RHP Properties, Inc. and Bayshore Home Sales, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

On December 29, 2025, this Court entered a Discovery Plan and Scheduling Order (ECF No. 11) setting forth discovery and pre-trial for this matter. On April 10, 2026, the Court entered an Order extending those deadlines by sixty (60) days (ECF No. 17). The parties hereby request that all current deadlines, including the initial expert disclosure deadline, be extended an additional sixty (60) days to allow the parties additional time to complete written discovery and evaluate the need for expert testimony. This request is made in good faith, based on the parties' diligent efforts to advance discovery, and is not sought for the purpose of delay.

I. Discovery Conducted to Date

Discovery is actively in progress. The parties have exchanged their respective Initial Disclosures pursuant to FRCP 26.1. Defendants have propounded written discovery requests to Plaintiff, which he has responded to. Plaintiff has propounded written discovery to Defendants, which they have responded to. The parties are engaged in meet-and-confer regarding certain of those responses.

II. Discovery to be Conducted
i.      Additional written discovery by the parties;
ii.     Deposition of Plaintiff;
iii.    Deposition of Defendants;
iv.     Depositions of lay/fact witnesses;
v.      Production of expert reports;
vi.     Supplemental FRCP 26.1 disclosures;
vii.    Potential subpoenas;
viii.   Any additional discovery necessary as the parties proceed through discovery.

III.. The parties agree that additional time is needed to complete fact discovery and to evaluate the need for and scope of expert testimony in this matter.

IV.. The parties stipulate to the following modified deadlines:

| Deadline | Current | Proposed |
|---|---|---|
| Initial Expert Disclosure | May 26, 2026 | July 24, 2026 |
| Rebuttal Expert Disclosure | June 25, 2026 | August 24, 2026 |
| Discovery Cut-off | July 24, 2026 | September 22, 2026 |
| Dispositive Motions | August 24, 2026 | October 23, 2026 |
| Pre-Trial Order | September 22, 2026 | November 23, 2026 |

V.. All other provisions of the Discovery Plan and Scheduling Order (ECF No. 11) remain in full force and effect.

**Electronic Service:**

The parties have agreed that, to the extent possible in light of the volume of the submission, all court filings, to the extent not served through ECF (e.g., filings under seal), may be served via e-mail, and such service shall constitute proper service under Fed. R. Civ. P. 5(b)(2)E. The parties have further agreed that each party may serve discovery, in lieu of other service methods, by e-mail under Fed. R. Civ. P. 5(b)(2)E on all counsel who have entered an appearance on behalf of the party to be served.

WHEREFORE, the parties respectfully request that the Court approve this Stipulation and enter an amended Scheduling Order consistent with the deadlines set forth above.

| | |
|---|---|
| DATED this 16th day of June, 2026. | DATED this 16th day of June, 2026. |
| **SPRINGEL & FINK LLP** | |
| | John Constantine |
| */s/ Raven M. Yim* | |
| By: _____ | By: /s/ John Constantine |
| LEONARD T. FINK, ESQ. | 2621 Summerview Place |
| Nevada Bar No. 6296 | Henderson, NV 89074 |
| RAVEN M. YIM, ESQ. | (941) 720-1930 |
| Nevada Bar No. 14972 | jconstantine419@gmail.com |
| 6180 Brent Thurman, Suite 260 | Plaintiff Pro Se |
| Las Vegas, NV 89148 | |
| Attorneys for Defendants | |
| *RHP PROPERTIES, INC. AND* | |
| *BAYSHORE HOME SALES, INC.* | |

**IT IS SO ORDERED.**

Dated this __17th__ day of __June_____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing STIPULATION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES (SECOND REQUEST) with the Clerk of the Court using the CM/ECF system, which will serve notification of such filing on all counsel of record, including the following:

Leonard T. Fink, Esq.
Raven M. Yim, Esq.
SPRINGEL & FINK LLP
6180 Brent Thurman Way, Suite 260
Las Vegas, NV 89148
lfink@springelfink.com
ryim@springelfink.com
espringel@springelfink.com
Attorneys for Defendants RHP Properties, Inc.
and Bayshore Home Sales, Inc.

DATED this 16th day of June 2026.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Constantine
John Constantine
Plaintiff Pro Se

 **Gmail**                                    **John Constantine <jconstantine419@gmail.com>**

## Constantine, John v. RHP Properties, Inc., et al.

**Raven Yim** <ryim@springelfink.com>                              Wed, Jun 10, 2026 at 3:14 PM
To: John Constantine <jconstantine419@gmail.com>, Yaritza Navarrete <ynavarrete@springelfink.com>
Cc: Leonard Fink <lfink@springelfink.com>, Krystal Lee <klee@springelfink.com>,
"ConstantineJohnvRHPPropertiesIncetalZ12911471@springelfink.filevineapp.com"
<constantinejohnvrhppropertiesincetalz12911471@springelfink.filevineapp.com>

Mr. Constantine,

The only thing that needs to be added is my firm's signature block and then you have my
approval to affix my electronic signature.

Thanks,


Raven Yim
Attorney

6180 Brent Thurman Way,Suite260 | LasVegas NV 89148
Tel: (702) 804-0706 | Fax: (702) 804-0798

---

**From:** John Constantine <jconstantine419@gmail.com>
**Sent:** Saturday, 30 May 2026 17:52:08
**To:** Gabriela Vazquez-Estrello <gvazquez-estrello@springelfink.com>; Raven Yim
<ryim@springelfink.com>
**Cc:** Leonard Fink <lfink@springelfink.com>; Krystal Lee <klee@springelfink.com>;
ConstantineJohnvRHPPropertiesIncetalZ12911471@springelfink.filevineapp.com
<constantinejohnvrhppropertiesincetalz12911471@springelfink.filevineapp.com>
**Subject:** Re: Constantine, John v. RHP Properties, Inc., et al.

Counsel,

Attached is a draft stipulation reflecting the agreed 60-day extension. Please review and let me know if you would like
any changes, and whether your office will finalize and file it.

Respectfully,
John Constantine

On Tue, May 26, 2026 at 2:59 PM Raven Yim <ryim@springelfink.com> wrote:

> Yes, we can conduct the meet and confer upon my return, and at that point I can determine the
> necessity for any amended responses.
>
>
>
> Raven Yim